# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

UNITED STATES OF AMERICA      )

                    ) Case No. 1:24-cr-44

v.                        )

                    ) Judge Curtis L. Collier

BRANDON MCARTHUR VARNELL    ) Magistrate Judge Michael J. Dumitru

## O R D E R

Magistrate Judge Michael Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count Fifteen of the Superseding Indictment; (2) accept Defendant's guilty plea as to Count Fifteen; (3) adjudicate the Defendant guilty of Count Fifteen; (4) defer a decision on whether to accept the plea agreement (Doc. 179) until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. (Doc. 193.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 193) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count Fifteen of the Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Fifteen is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Fifteen;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **September 23, 2026, at 2:00 p.m. Eastern** before the undersigned.

**SO ORDERED.**

_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**